

**DAVIDOFF HUTCHER & CITRON LLP**
ATTORNEYS AT LAW

605 THIRD AVENUE
NEW YORK, NY 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

GARDEN CITY
ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 248-6400

ALBANY
GOVERNMENT RELATIONS
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
GOVERNMENT RELATIONS
1211 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036
(202) 347-1117

jsk@dhclegal.com
646.428.3268

February 10, 2017

<u>Via ECF</u>
Honorable Katherine B. Forrest
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 23B
New York, NY 10007-1312
ForrestNYSDChambers@nysd.uscourts.gov

   Re: *Transnational Management Systems II, LLC v. Carcione, et al.*, 14 Civ. 2151 (KBF):

Dear Judge Forrest:

 We represent plaintiff in the above-referenced matter.

 We are pleased to report that TNMS II, as plaintiff/appellant, and defendants/appellees Carcione and BizJet have agreed to a settlement of all claims, including the appeal regarding those defendants, pursuant to a CAMP mediation. As part of that settlement, defendants agreed to waive their entire claim for attorneys' fees and costs (Docket ID # 141). Upon the recommendation of the mediator, Mr. Robert Kheel, we are notifying this Court of the settlement. As the parties are finalizing the settlement documents, the Court need not render any decision on defendants' motion for fees and costs at this time.

          Respectfully submitted,

          /s/ *Joshua Krakowsky*

          Joshua Krakowsky

cc: Sandra Gale Behrle (by ECF and email)
   Brendan Collins (by ECF and email)

568622v.1
568627v.1